IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC<br><br>v.<br><br>ANDERSON CUSTOM ELECTRONICS, INC., ET AL. | Civil Action No. 2:09-cv-354<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Light Transformation Technologies LLC states that its parent is Acacia Patent Acquisition LLC. No publicly traded company owns 10% or more of Plaintiff's stock; however, a publicly traded corporation, Acacia Research Corporation, owns more than 10% of Acacia Patent Acquisition LLC's stock.

November 11, 2009

Respectfully submitted,

Light Transformation Technologies LLC

By: /s/ Henry M. Pogorzelski
Henry M. Pogorzelski – LEAD COUNSEL
Texas Bar No. 24007852
John J. Edmonds
Texas State Bar No. 00789758
Michael J. Collins
Texas Bar No. 04614510
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 501-3425
Facsimile: (832) 415-2535
hpogorzelski@cepiplaw.com

jedmonds@cepiplaw.com
mcollins@cepiplaw.com

William E. Davis, III
Texas Bar No. 24047416
THE DAVIS FIRM P.C.
111 W. Tyler St.
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

ATTORNEYS FOR PLAINTIFF
LIGHT TRANSFORMATION
TECHNOLGIES LLC

CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 11, 2009                     /s/ Henry M. Pogorzelski
                                                      Henry M. Pogorzelski