**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC | § § § § | |
| vs. | § § | CASE NO. 2:09-CV-354-TJW-CE |
| ANDERSON CUSTOM ELECTRONICS, INC., ET AL. | § § § | |

# ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 132), which contains his recommendation that the court deny as moot the defendant Fraen SRL Holding Corporation's motions to dismiss (Dkt. No. 53), has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the defendant's motions to dismiss are DENIED as moot.

SIGNED this 23rd day of March, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE