**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC | § § § | |
| vs. | § | CASE NO. 2:09-CV-354-TJW-CE |
| ANDERSON CUSTOM ELECTRONICS, INC., ET AL. | § § § § | |

## ORDER

The above-referenced case was referred to the United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Pending before the court is defendant Volkswagen Group of America, Inc.'s ("Defendant") motion for reconsideration of the Magistrate Judge's March 30, 2011 order (Dkt. No. 241) adopting Plaintiff's proposed version of paragraph 9 of the joint submission of competing protective orders (Dkt. No. 244). The court has carefully reviewed Defendant's objections to the Magistrate Judge's order. The court, however, is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court DENIES Defendant's motion for reconsideration.

. SIGNED this 30th day of September, 2011.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE